No. 01–249.  BERNOFSKY v. ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND.  C. A. 5th Cir.  Certiorari denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 01–335.  GIBSON, WARDEN v. JOHNSON.  C. A. 10th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 01–6576.  ANDERSON v. CALDERON, WARDEN.  C. A. 9th Cir.  Motion of California Public Defenders Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 00–9932.  INGRAHAM v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 838;

No. 00–10397.  JOHNSON v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 855;

No. 00–10571.  HILL v. ELTING ET AL., *ante*, p. 866;

No. 00–10584.  MARCELLO v. MAINE DEPARTMENT OF HUMAN SERVICES, *ante*, p. 867;

No. 00–10600.  DASINGER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 868;

No. 00–10753.  LEWIS v. ZERO BREESE ROOFING CO. ET AL., *ante*, p. 877;

No. 00–10867.  SEDGWICK v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, *ante*, p. 883;

No. 01–129.  IN RE FERNANDES, *ante*, p. 812;

No. 01–141.  ELJACK v. HAMMOUD ET AL., *ante*, p. 892;

No. 01–5070.  GLADSTONE v. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL., *ante*, p. 901;

No. 01–5407.  ROWELL v. NEVADA; ROWELL v. NEVADA; and ROWELL v. NEVADA ET AL., *ante*, p. 921;

No. 01–5488.  BOYD v. UNITED STATES RURAL DEVELOPMENT ET AL., *ante*, p. 926;

No. 01–5604.  BALLARD v. TRUE, WARDEN, *ante*, p. 959;

No. 01–5613.  GLADSTONE v. MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *ante*, p. 959;

No. 01–5654.  SEDGWICK v. UNITED STATES ET AL., *ante*, p. 932; and

No. 01–5677.  NAGY v. UNITED STATES, *ante*, p. 932.  Petitions for rehearing denied.